In the Matter of the Transfer Tax upon the Estate of MAX FREUND, Deceased.

EMILY FREUND, as Executrix, Appellant; THE COMPTROLLER OF THE STATE OF NEW YORK, Respondent.

*Matter of Freund*, 143 App. Div. 335, affirmed.
(Submitted April 26, 1911; decided May 16, 1911.)

APPEAL from an order of the Appellate Division of the Supreme Court in the first judicial department, entered March 10, 1911, which affirmed an order of the New York County Surrogate's Court assessing a transfer tax upon the estate of Max Freund, deceased.

*Benjamin Tuska* and *Carl S. Stern* for appellant.

*Thomas E. Rush* for respondent.

Order affirmed, with costs, on opinion of McLAUGHLIN, J., below.

Concur: CULLEN, Ch. J., GRAY, HAIGHT, VANN, WERNER and COLLIN, JJ. Not voting: HISCOCK, J.